# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    JOE W MELCHOR  
    TYSHONDA L MELCHOR  
        Debtor(s)

Case No. 12-31123

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 11/15/2012.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADDISON EMERGENCY PHYSICIANS | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 374.00 | 939.57 | 939.57 | 0.00 | 0.00 |
| APEX WESTWOOD | Unsecured | 4,114.24 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| BARNES AUTO GROUP | Secured | 3,325.00 | 4,916.60 | 4,916.60 | 0.00 | 0.00 |
| BARNES AUTO GROUP | Unsecured | 4,507.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 5,485.00 | 7,321.16 | 7,321.16 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 5,924.00 | 4,908.00 | 4,908.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF DES PLAINES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ELMHURST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ELMHURST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| ENDOCRINE ASSOC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH FINANCIAL SERV | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| GREEN DOT | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| HARRIS METHODIST HOSPITAL | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 622.28 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 383.40 | 523.23 | 523.23 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 1,775.22 | 1,775.22 | 0.00 | 0.00 |
| ILLINOIS INSURANCE CENTER | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS INSURANCE CENTER | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS INSURANCE CENTER | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY LLC | Unsecured | 287.00 | 287.98 | 287.98 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 928.81 | 928.81 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,032.10 | 1,032.10 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Secured | 700.00 | NA | 1,009.00 | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,094.51 | 1,094.51 | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 1,054.00 | NA | NA | 0.00 | 0.00 |
| MS QUY AU | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 565.27 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 638.00 | 1,172.90 | 1,172.90 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | NA | 1,054.36 | 1,054.36 | 0.00 | 0.00 |
| OUR LADY OF THE RESURRECTION | Unsecured | 852.00 | NA | NA | 0.00 | 0.00 |
| PEOPLE GAS AND CO | Unsecured | 1,435.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 1,435.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 438.00 | 438.19 | 438.19 | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 1,364.00 | NA | NA | 0.00 | 0.00 |
| RAC ACCEPTANCE | Secured | 700.00 | NA | 2,064.00 | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| ROBERT PATEL | Unsecured | 2,029.00 | NA | NA | 0.00 | 0.00 |
| ROBERT PATEL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 1,976.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 1,193.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| SOLOMON FINANCE INC | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT CONTROL SER | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| STATE OF IL DEPT OF EMPLOYMENT | Unsecured | 7,812.75 | 6,848.50 | 6,848.50 | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| US BANK CORPORATE SECURITY | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| US BANK CORPORATION | Unsecured | 479.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 2,113.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1,933.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 4,151.00 | 4,643.74 | 4,643.74 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK PARK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $4,916.60 | $0.00 | $0.00 |
| All Other Secured | $3,073.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,989.60** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $523.23 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$523.23** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,445.04** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/20/2013                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**